IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD ELLIOTT,

        Plaintiff,

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

Case No.  16-cv-01348-MMC

**ORDER DIRECTING PARTIES TO
COMPLY WITH ORDER OF JUNE 17,
2016**

At the initial case management conducted June 17, 2016, the Court directed the
parties to file, no later than July 8, 2016, any stipulation regarding the applicable standard
of review.  Additionally, the Court directed to parties to file, also no later than July 8,
2016, a proposed briefing schedule as to the standard of review if no stipulation could be
reached or, alternatively, a proposed briefing schedule as to the merits of plaintiff's claims
if a stipulation as to the standard of review was reached.

On July 1, 2016, the parties timely filed a stipulation regarding the applicable
standard of review, which stipulation the Court approved on July 5, 2016.  The parties,
however, have failed to submit a proposed briefing schedule as to the merits of plaintiff's
claims.

Accordingly, the parties are hereby ORDERED to comply with the Court's order of
June 17, 2016, by filing forthwith a proposed briefing schedule as to the merits of
plaintiff's claims.

    **IT IS SO ORDERED.**

Dated: October 14, 2016

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California