| | |
|---|---|
| 1 | Glenn R. Kantor (SBN 122643) |
| 2 | E-mail: gkantor@kantorlaw.net |
|   | Mitchell O. Hefter (SBN 291985) |
|   | E-mail: mhefter@kantorlaw.net |
| 3 | KANTOR & KANTOR, LLP |
|   | 19839 Nordhoff Street |
| 4 | Northridge, California, 91324 |
|   | Tel: (818) 886-2525 |
| 5 | Fax: (818) 350-6272 |

Attorneys for Plaintiff Edward Elliott

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendant
Life Insurance Company of North America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 3:16-cv-01348-MMC<br><br>**STIPULATION FOR REQUEST FOR STAY PENDING LINA'S RECONSIDERATION OF ERISA CLAIM; (~~PROPOSED~~) ORDER** |

Plaintiff Edward Elliott and Defendant Life Insurance Company of North America ("LINA"), through counsel, hereby stipulate and request a stay of the case pending LINA's reconsideration of Plaintiff's long-term disability claim based on the following:

- 1 -

CASE NO. 3:16-CV-01348-MMC
STIPULATION FOR STAY PENDING LINA'S
RECONSIDERATION OF ERISA CLAIM

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1. On March 8, 2017, Plaintiff's counsel forwarded LINA's counsel a Notice of Award from the Social Security Administration dated February 26, 2017 granting Social Security disability benefits to Plaintiff.[1]  Based on this new information, LINA has offered Plaintiff its reconsideration of his long term disability claim with the SSA decision, which Plaintiff has accepted without waiver of his claim, if any, to attorneys' fees.

2. LINA will start its reconsideration of Plaintiff's claim once Plaintiff confirms that all documents Plaintiff desires to submit for its reconsideration have been provided or confirms there are no additional documents that will be submitted for LINA's review.

3. Accordingly, the parties respectfully request the Court order a stay on this case pending LINA's reconsideration of the claim.  Good cause exists for the stay as it will save the parties and the Court judicial resources and allow LINA the opportunity for the claim to be reconsidered with the new Social Security award.

4. The parties request that in light of stay request, the Court vacate the following Motion for Judgment briefing and hearing dates:

Plaintiff's Motion for Judgment:  April 7, 2017

Defendant's Opposition /Cross Motion:  May 5, 2017

Plaintiff's Reply/Opposition to Cross-Motion:  May 26, 2017

Defendant's Reply to Cross-Motion:  June 16, 2017

Hearing on Cross-Motions for Judgment:  July 21, 2017 at 9:00 a.m.

[*See* Dkt. 39.]

---

[1] During the appeal process, LINA requested information regarding Plaintiff's Social Security Disability claim as part of its review and was informed Plaintiff had not been awarded SSDI benefits.
BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CASE NO. 3:16-CV-01348-MMC
STIPULATION FOR STAY PENDING LINA'S
RECONSIDERATION OF ERISA CLAIM

1    5.   The parties will submit a joint status report within 60 days of the entry of
2   the Court's Order granting the stay.

3

4    6.   Each party reserves all of his or its rights under the LTD policy.

5

6   Dated: March 21, 2017                KANTOR & KANTOR, LLP

7
                                          By: *s/ Mitchell O. Hefter*
8                                              Glenn R. Kantor
                                               Alan E. Kassan
9                                              Mitchell O. Hefter
                                               Attorneys for Plaintiff
10                                             Edward Elliott

11
12  Dated: March 21, 2017                BURKE, WILLIAMS & SORENSEN, LLP

13
                                          By: *s/ Keiko J. Kojima*
14                                             Daniel W. Maguire
                                               Keiko J. Kojima
15                                             Attorneys for Defendant
                                               Life Insurance Company of North
16                                             America

17              **SIGNATURE ATTESTATION**

18       Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this
19  document is acceptable to Mitchell Hefter, counsel for Plaintiff Edward Elliott, and
20  that I have obtained Mr. Hefter's authorization to affix his electronic signature to
21  this document.

22
                                          By: *s/ Keiko J. Kojima*
23                                             Daniel W. Maguire
                                               Keiko J. Kojima
24                                             Attorneys for Defendant
                                               Life Insurance Company of North
25                                             America

26
27
28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

CASE NO. 3:16-CV-01348-MMC
STIPULATION FOR STAY PENDING LINA'S
RECONSIDERATION OF ERISA CLAIM

## **PROPOSED ORDER**

Based on the foregoing Stipulation and good cause appearing therefor, it is hereby ordered that this case is stayed pending LINA's reconsideration of Plaintiff's long-term disability claim. The Motion for Judgment briefing schedule and hearing dates are vacated. [*See* Dkt. 39.] The parties shall submit a joint status report within 60 days of the entry of the Court's Order granting the stay.

Dated: March 23, 2017

/s/ Jon S. Tigar
~~Honorable Maxine M. Chesney~~
~~United States District Judge~~

Honorable Jon S. Tigar
Duty Judge

- 4 -

CASE NO. 3:16-CV-01348-MMC
STIPULATION FOR STAY PENDING LINA'S
RECONSIDERATION OF ERISA CLAIM

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES